UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

IN RE:  THE GOOD SHEPHERD
HUMANE SOCIETY, INC., Debtor

Case No. 3:07-bk-71212
(Chapter 11)

MARY REIN
vs.
GOOD SHEPHERD HUMANE SOCIETY,
INC.

Adversary Proceeding No._____

### NOTICE OF REMOVAL

Petitioner, Good Shepherd Humane Society, Inc. ("Good Shepherd"), by and through

its attorneys, Wright, Lindsey & Jennings LLP, for its notice of removal, states as follows:

1.     Good Shepherd is the defendant in a state court civil action presently pending in

the Circuit Court of Carroll County, Arkansas, Western District, bearing Case No. CV-2005-

134 styled *"Mary Rein vs. Good Shepherd Humane Society, Inc."* (the "state court action").

2.     Copies of all pleadings filed in this state court action are attached as Exhibit "1"

and incorporated herein by reference.

3.     This bankruptcy proceeding was filed on April 24, 2007, as a voluntary

Chapter 11 case.  The state court action against Good Shepherd is property of the bankruptcy

estate pursuant to 11 U.S.C. § 541(a)(1), § 541(a)(6) and § 541(a)(7).

4.     Good Shepherd seeks removal of the state court action on the following

grounds:

(a)     The pleadings by the Plaintiff in the state court action against Good

Shepherd relates to purported obligations of Good Shepherd under the terms of a pre-petition

employment contract for services. Plaintiff claims that Good Shepherd breached the contract, resulting in damages to the Plaintiff.

(b)     Plaintiff has a claim in the bankruptcy proceeding based on the contract.

(c)     The determination of the rights of the parties and the amount of their claims are core proceedings in bankruptcy pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (C), (H), (L), and (O).

(d)     No order has been entered in the bankruptcy, authorizing the Plaintiff to pursue its cause of action in state court.

(e)     This Court has jurisdiction over the parties and of the claims and causes of action pending in the state court that involve the property of the bankrupt estate, as well as jurisdiction to determine the amount of Plaintiff's claims against the bankrupt estate. Complete relief can be given to the parties in this controversy by the Bankruptcy Court. The Bankruptcy Court is the proper forum for adjudication of these issues.

5.     This Court has original jurisdiction of the above-referenced state court action pursuant to 28 U.S.C. § 1334 and, therefore, the state court action may be removed to this Court pursuant to 28 U.S.C. § 1452.

6.     Upon removal, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (C), (H), (L), and (O).

7.     Good Shepherd is serving this Notice of Removal on all parties to the state court action by mailing to them copies of this pleading on this date, and is further filing a copy of this notice with the Clerk of the Circuit Court of Carroll County, Arkansas, Western District, pursuant to Fed. R. Bankr. P. 9027(c).

730524-v1                                                   2

WHEREFORE, Petitioner, Good Shepherd Humane Society, Inc., provides notice that the above-referenced state court action is removed from the Circuit Court of Carroll County, Arkansas, Western District, to this Court.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Telephone:  (501) 371-0808
Facsimile:    (501) 376-9442
Email:    ktucker@wlj.com

By _____
Kimberly Wood Tucker (83175)
C/ Tad Bohannon (92089)
Eric Berger (2004210)
Attorneys for Good Shepherd Humane Society, Inc.

730524-v1                                   3

## CERTIFICATE OF SERVICE

On this _3(_ day of _December_, 2007, a copy of the foregoing was served by

U.S. Mail on:

Scott P. Harrison
2928 McKee Circle, Suite 121
Fayetteville, AR  72703

Ben Wulff
113 Phillips Street
Green Forest, AR  72638

Jeff Conner
3398 East Huntsville Road
Fayetteville, AR 72701

J. Christopher Harris
224 South 2nd Street
Rogers, AR 72756

Stanley V. Bond
P.O. Box 1893
Fayetteville, AR  72702-1893

Gene A. Franco
1458 Plaza Place, Suite 101
Springdale, AR  72764-5273

Rachel Runnels
121 Spring Street
Eureka Springs, AR 72632

C. Eric Vester
119 South 2nd Street
Rogers, AR 72756

Jim Hollis, Assistant United States Trustee
200 West Capitol Avenue, Suite 1200
Little Rock, AR  72201

Kimberly Wood Tucker