UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

MARY REIN ......................................................PLAINTIFF

VS                              Adv. Proc. No. 07-07369

GOOD SHEPHERD HUMANE
SOCIETY, INC. .................................................DEFENDANT

In re:  The Good Shepherd Humane Society, Inc., Debtor

Case No. 07-71212
Chapter 11

## AGREED ORDER FOR REMAND OF REMOVED CAUSE OF ACTION

NOW on this _____ day of _____, 2008 is presented to the Court for consideration the remand of the above-captioned adversary proceeding; the parties being in agreement, and after being sufficiently advised, the Court finds as follows:

1.      The Plaintiff, Mary Rein, originally brought her cause of action against the Defendant, The Good Shepherd Humane Society, Inc., in the Circuit Court of Carroll County, Arkansas, Western District, Case No. CV-2005-134.

2.      The Defendant thereafter filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code, as amended, and removed Case No. CV-2005-134 to the United States Bankruptcy Court, Western District of Arkansas.

3.      The Chapter 11 bankruptcy case of the Debtor, The Good Shepherd Human Society, Inc., was dismissed without prejudice on May 20, 2008.

4.      Due to the dismissal of the underlying bankruptcy case, the parties have stipulated that this removed cause of action should be remanded to the Circuit Court of Carroll County, Arkansas, Western District, Case No. CV-2005-134.

EOD  8/11/2008
by A Squires

5. Due to the remand of this removed cause of action, the show cause hearing scheduled for September 24, 2008 is no longer necessary and shall be removed from the court's docket.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this removed cause of action is hereby remanded to the Circuit Court of Carroll County, Arkansas, Western District, Case No. CV-2005-134, for further consideration.

IT IS SO ORDERED.

_____
JUDGE BEN T. BARRY

August 11, 2008

Approved:


/s/ C. Eric Vester_____
C. Eric Vester, Attorney for
Plaintiff


/s/ Eric Berger_____
Eric Berger, Attorney for
Defendant

2