## Intended Notice Recipients – Method of Notice

District/Off: 0861–3          User: angie                    Date Created: 8/11/2008

Case: 3:07–ap–07369          Form ID: pdfwotrm              Total: 6


**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

ust    U.S. Trustee (ust)        USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov

aty    Charles Eric Vester       cev@mcrmt.com

aty    Kimberly Wood Tucker      ktucker@wlj.com, dsebring@wlj.com, cdavis@wlj.com

                                                                    TOTAL: 3


**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

pla    Mary Rein            PO Box 3068       Eureka Springs, AR 72631

aty    C. Tad Bohannon             WRIGHT, LINDSEY &JENNINGS, LLP        200 W. Capitol Ave., Ste.
2300       Little Rock, AR 72201–3699

aty    Mary–Marsha Hardin       MATTHEWS, CAMPBELL, RHOADS       119 South Second Street       Rogers,
AR 72756

                                                                    TOTAL: 3